UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21965-CIV-MARTINEZ/REID
(04-20305-CR-MARTINEZ)

UNISES CHAPOTIN,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Movant's motion to vacate pursuant to 28 U.S.C. § 2255. (DE 31). Magistrate Judge Reid filed a Report and Recommendation ("R&R") concluding that Plaintiff's Motion should be denied but that a certificate of appealability should issue. (DE 33). Movant and the Government filed objections. The Court having reviewed the R&R and record in this case *de novo*, including the supplements of the parties, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Reid's well-reasoned Report and Recommendation (DE 33) is **AFFIRMED** and **ADOPTED**. The Motion (DE 1) is **DENIED**. The Court further agrees with the Government that (1) Movant's career offender claim is untimely because *Johnson v. United States*, 576 U.S. 591 (2015), invalidated only a specific provision of the Armed Career Criminal Act and did not start a new one-year clock permitting Movant to bring an independent vagueness challenge; and (2) that Movant's career offender and § 924(c) claims were procedurally defaulted because Movant failed to raise either claim in the district court before or during his criminal trial or on direct appeal.

Given the complexities and legal controversy concerning the issues in this case, the Court agrees with Judge Reid that a certificate of appealability is appropriate and accordingly **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of December, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE